IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES C. HUDSON,

                Petitioner,

v.                                                   ORDER

MICHAEL MEISNER,                        14-cv-609-jdp

                Respondent.

---

Petitioner James Hudson applied to this court for writ of habeas corpus under 28 U.S.C. § 2254, challenging his 2011 conviction in the Wisconsin Circuit Court for Milwaukee County. Dkt. 1. I screened the petition and concluded that petitioner had procedurally defaulted the claims that he presented for habeas review. Dkt. 10. I gave petitioner an opportunity to respond to my order and overcome this procedural default, but I indicated that if he failed to respond, then I would dismiss his petition. *Id.*

Petitioner asked for an extension, Dkt. 11, which the court granted, Dkt. 12. Petitioner later asked for a second extension, Dkt. 13, which the court also granted, Dkt. 14. As a result of these extensions, petitioner's response was due on July 13, 2016. This deadline has now passed without any response from petitioner.

Accordingly, IT IS ORDERED that petitioner James Hudson's petition for a writ of habeas corpus is DISMISSED for petitioner's failure to prosecute this case.

Entered July 21, 2016.

                                              BY THE COURT:

                                              /s/

                                              _____
                                              JAMES D. PETERSON
                                              District Judge