IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES C. HUDSON,

    Petitioner,                                    JUDGMENT IN A CIVIL CASE

v.                                                  Case No. 14-cv-609-jdp

MICHAEL MEISNER,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing James C. Hudson's petition for a writ of habeas corpus under 28 U.S.C. § 2254 for petitioner's failure to prosecute this case.

/s/                                                        7/21/2016

Peter Oppeneer, Clerk of Court                  Date